# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 21cv887

KIMBERLY POLENDO,

      Plaintiff,

v.

WAL-MART STORES, INC., AND KEURIG GREEN MOUNTAIN, INC.,

      Defendants.

---

## DEFENDANT KEURIG GREEN MOUNTAIN, INC.'S

## NOTICE OF RELATED CASES

---

Keurig Green Mountain, Inc., by and through its attorneys, Wood, Smith, Henning & Berman LLP, and as for its *Notice of Related Cases* filed pursuant to D.C.Colo.LCivR 3.2, states as follows:

Keurig Green Mountain, Inc., is not aware of any cases pending in this or any other federal, state or foreign jurisdiction that are related to the above-captioned case other than the underlying El Paso County, Colorado District Court matter, removed here, having case number 2021-CV-30169.

RESPECTFULLY submitted on this 26th day of March 2021.

WOOD, SMITH, HENNING & BERMAN LLP

*/s/ Ryan M. Hicks*
Ryan M. Hicks
1805 Shea Center Drive, Suite 200
Highlands Ranch, CO 80129-2254
(720) 479-2500 / fax: (303) 471-1855
jklein@wshblaw.com
rhicks@wshblaw.com
*Counsel for Keurig Green Mountain, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2021, a true and correct copy of the

DEFENDANT KEURIG GREEN MOUNTAIN, INC.'S NOTICE OF RELATED CASES was e-

filed and/or e-served via CM/ECF on the following parties:

<table>
<tr>
<td>

Douglas P. Price, #13559
Heuser & Heuser. LLP
625 N. Cascade Avenue, Suite 300
Colorado Springs, CO  80903
719-520-9909
fax 719-475-1278

doug@heuserlaw.com

*Attorney for the Plaintiff*

</td>
<td>

Kathleen J. Johnson, #44524
Rachelle J. Veikune, #51810
TREEN ALFREY MUSCAT, P.C.
633 17th Street, Suite 2200
Denver, CO 80202
303-292-2700

kjohnson@tamlegal.com
rveikune@tamlegal.com

*Attorneys for Defendant Walmart Stores, Inc.*

</td>
</tr>
</table>

/s/ *Joyce K. Harris*
Joyce K. Harris